UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Peter Michael Brown,

Plaintiff,

vs.

M.R.B. Americheck National Inc., a foreign corporation; John Laden; Michael Knight; and Tom Johnson,

Defendants.

Court File No.: 00-1485 DDA/RLE

**STIPULATION TO EXTENSION OF TIME AND ORDER**

The parties hereby stipulate and agree that as settlement discussions are continuing, and hope to be fruitful, that the time required for the Defendants to enter an Answer be extended until July 27, 2000.

Dated: 7/20/00

CONSUMER JUSTICE CENTER, P.A.

By: ____________________

Thomas J. Lyons, Jr., #249646
Attorneys for Plaintiff
Suite A
1560 Beam Avenue
Maplewood, MN 55109
(651) 770-9707

Dated: 7/20/00

ERSTAD & RIEMER, P.A.

By: ____________________

Patrick D. Reilly, #90451
Attorneys for Defendants
1000 Northland Plaza
3800 West 80th Street
Minneapolis, MN 55431-4441
(952) 896-3700

FILED JUL 2 6 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**ORDER**

Based upon the above Stipulation the Court extends to July 27, 2000, the time in which the Defendants may respond to the Complaint.

Dated: JUL 2 6 2000

By: Raymond L Erickson
Magistrate Judge Raymond L. Erickson