UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Peter M. Brown,

Plaintiff,

vs.

ORDER OF DISMISSAL

M.R.B. Americheck National Inc., a foreign corporation, John Laken, Michael Knight and Tom Johnson,

Defendants.

Civ. No. 00-1485 (DDA/RLE)

* * * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settled, it is --

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 45 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

Donald D. Alsop
United States District Judge

DATED: ~~October~~ November 1, 2000
At St. Paul, Minnesota

NOV 01 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK